AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sorokin, Leo T. | District Court, Massachusetts | 7/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 7400

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed - psychologist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | 7/18/2011 | Washington, D.C. | Speaking on Panel as part of GMU Research Presentation at NADCP Conference | Transportation and Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Gold Reserve Line of Credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | M | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 5. -Fidelity Pacific Basin | A | Dividend | J | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -Davis NY Venture Fund C | A | Dividend | K | T | | | | | |
| 8. IRA #3 | | | | | | | | | |
| 9. -Amazon | A | Dividend | J | T | Buy | 03/23/11 | J | | |
| 10. -Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 11. -Citigroup | A | Dividend | J | T | | | | | |
| 12. -Allianz AGIC Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. -Allianz AGIC Target Fund C | A | Dividend | J | T | | | | | |
| 14. -PIMCO FDS PAC Dev Invt Mgmt | A | Dividend | K | T | | | | | |
| 15. -Home Properties, Inc. | A | Dividend | | | Sold | 03/23/11 | J | C | |
| 16. Brokerage Acct#1 | | | | | | | | | |
| 17. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Home Properties, Inc. | A | Dividend | J | T | Sold (part) | 01/13/11 | J | C | |
| 19. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 20. -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21. -this line intentionally blank | | | | | | | | | |
| 22. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 23. -Aethena Health | A | Dividend | J | T | Buy | 12/10/11 | J | | |
| 24. -Berkshire Hawthaway Series B | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 25. -this line intentionally blank | | | | | | | | | |
| 26. -Otelco Inc. | A | Dividend | J | T | | | | | |
| 27. -Zimmer Holdings Inc. | | | | | Sold | 1/13/11 | J | B | |
| 28. -Apple | A | Dividend | K | T | | | | | |
| 29. -Sector Spdr Tech Select Sector | A | Dividend | K | T | | | | | |
| 30. DWS Scudder High Income Trust | B | Dividend | K | T | | | | | |
| 31. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 32. Nuveen Municipal Value Fund | B | Dividend | | | Sold | 5/20/11 | K | C | |
| 33. Intentionally Blank | | | | | | | | | |
| 34. IRA #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard 500 Index Fund Adm | A | Dividend | K | T | | | | | |
| 36. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | J | T | | | | | |
| 37. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 38. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 39. Brokerage Acct#2 | | | | | | | | | |
| 40. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 41. Brokerage Acct#3 | | | | | | | | | |
| 42. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 43. -Vanguard Long Term treasury Fund | A | Dividend | K | T | | | | | |
| 44. -Vanguard Extended Market Index Fund | A | Dividend | J | T | | | | | |
| 45. Brokerage Acct#4 | | | | | | | | | |
| 46. -American Century Income and Growth Fund | A | Dividend | K | T | | | | | |
| 47. IRA #5 | | | | | | | | | |
| 48. -American Century Equity Income | A | Dividend | J | T | | | | | |
| 49. -American Century Prime Money Market | A | Interest | K | T | Buy | 10/13/11 | J | | |
| 50. -American Century Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 51. Brokerage Acct#5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Century Equity Income Fund | A | Dividend | K | T | | | | | |
| 53. Brokerage Acct#6 | | | | | | | | | |
| 54. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 55. Brokerage Acct#7 | | | | | | | | | |
| 56. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 57. Shares in Bear Hollow Limited Partnership (2004 50,678) | | None | K | R | | | | | |
| 58. -Intentionally blank | | | | | | | | | |
| 59. Limited Partnership 7400 | D | Int./Div. | J | U | | | | | |
| 60. Limited Partnership Bear Hollow Lender | A | Int./Div. | K | U | | | | | |
| 61. Limited Partnership Wolf Paca I | E | Int./Div. | J | U | | | | | |
| 62. Limited Partnership Joppa East | A | Int./Div. | J | U | | | | | |
| 63. Trust #3 | B | Int./Div. | L | W | | | | | SEE NOTE |
| 64. -Columbia Bank Account | | | | | | | | | |
| 65. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 66. -Fund Vanguard FTSE All World Index | | | | | | | | | |
| 67. -Stock Pepco holdings | | | | | | | | | |
| 68. -Stock Citigroup | | | | | Sold | 12/20/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Merck | | | | | Buy | 2/3/11 | J | | |
| 70. -Stock Nicor | | | | | Merged (with line 87) | 12/15/11 | J | B | |
| 71. -Stock Regions Financial Corp | | | | | Sold | 12/23/11 | J | B | |
| 72. -Stock Walmart | | | | | | | | | |
| 73. -Fund John Hancock Bank & Thrift Opportunity Fund | | | | | Sold | 3/24/11 | J | A | |
| 74. -Fund Nuveen Muni Value Fund | | | | | | | | | |
| 75. -Fund Pimco Muni Income Fund III | | | | | | | | | |
| 76. -Limited Partnership Mayfield W | | | | | | | | | |
| 77. -Bear Hollow Lender | | | | | | | | | |
| 78. -Exxon Mobil | | | | | | | | | |
| 79. -Constellation Energy Group | | | | | | | | | |
| 80. -Duke Energy Corp | | | | | | | | | |
| 81. -Fastenal | | | | | | | | | |
| 82. -Ishares Barclays Tips Bond Fund | | | | | | | | | |
| 83. -Lockheed Martin Company | | | | | | | | | |
| 84. -MetLife | | | | | | | | | |
| 85. -Pepsico | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vodafone Group | | | | | | | | | |
| 87. -Stock AGL Res | | | | | | | | | |
| 88. -Target | | | | | Buy | 04/11/11 | J | | |
| 89. | | | | | Sold (part) | 10/17/11 | J | A | |
| 90. -Stock Coca Cola | | | | | | | | | |
| 91. -Stock Nextera | | | | | | | | | |
| 92. -Stock McCormick &Co Non Vtg MkC | | | | | | | | | |
| 93. -McDonald's Corp | | | | | | | | | |
| 94. -Stock Partner Communications | | | | | Buy | 5/9/11 | J | | |
| 95. -Chlorox | | | | | Buy | 11/4/11 | J | | |
| 96. Family Limited Partnership | | None | M | T | | | | | |
| 97. Brokerage Account 11 | | | | | | | | | |
| 98. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 99. Brokerage Account 12A | | | | | | | | | |
| 100. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 101. -Matthews Pacific Tiger Fund | A | Distribution | J | T | Buy | 1/19/11 | J | | |
| 102. -Home Properties, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Intentionally Blank | | | | | | | | | |
| 104. Brokerage Account 12B | | | | | | | | | |
| 105. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 106. -Sterling Bank Corp. | A | Dividend | J | T | | | | | |
| 107. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 108. Brokerage Account 13A | | | | | | | | | |
| 109. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 110. -Matthews Pacific Tiger | A | Dividend | J | T | Buy | 1/19/11 | J | | |
| 111. Brokerage Account 13B | | | | | | | | | |
| 112. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 113. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 114. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 115. Brokerage Account 14A | | | | | | | | | |
| 116. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 117. -Matthews Pacific Tiger | A | Dividend | J | T | Buy | 1/19/11 | J | | |
| 118. Brokerage Account 14B | | | | | | | | | |
| 119. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #4 | C | Int./Div. | M | W | | | | | see note |
| 121. -Raymond James Bank Deposit Program | | | | | | | | | |
| 122. -Intentionally Blank | | | | | | | | | |
| 123. - Fund Davis New York Venture Fund Class A | | | | | | | | | |
| 124. - Fund RS Value Fund Class A | | | | | Sold | 11/1/11 | J | A | |
| 125. - Fund Royce Opportunity Fund Investment Class N/L | | | | | | | | | |
| 126. - Fund The Third Avenue Value Fund N/L | | | | | | | | | |
| 127. - Fund GDL | | | | | | | | | See Note |
| 128. - ISHARES TR S&P500 GRW | | | | | | | | | |
| 129. -Stock American Tower Corp. Class A | | | | | | | | | |
| 130. -Fund Oppenheimer DevMkts Fund | | | | | Buy | 11/1/11 | J | | |
| 131. - Stock El Paso Corporation | | | | | | | | | |
| 132. - Intentionally Blank | | | | | | | | | |
| 133. - Fund Thornburg Int'l Value Fund | | | | | | | | | |
| 134. -Intentionally Blank | | | | | | | | | |
| 135. -Fund Fairholm Fund | | | | | Sold | 6/6/11 | J | A | |
| 136. - Stock Alleghany Corp | | | | | Sold (part) | 5/3/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Flow 2006 LLC | | | | | | | | | |
| 138. -PNC Bank Account | | | | | | | | | |
| 139. -Fund Hartford Capital Appreciation Fund Class A | | | | | | | | | |
| 140. -Fund CGM Advisor Target Equity FundClass A | | | | | | | | | |
| 141. -Intentionally Blank | | | | | | | | | |
| 142. -Fund Third Avenue Focused Credit Fund Investor Class | | | | | | | | | |
| 143. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 144. Trust #5 | E | Dividend | N | W | | | | | See Note |
| 145. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 146. -Stock Sector Spdr TR Tech Select Sector XLK | | | | | | | | | |
| 147. -Baclays Bank PLC Medium Term Note | | | | | | | | | |
| 148. -Dow Chemical Co Internotes | | | | | | | | | |
| 149. -Richie Associates LLC | | | | | | | | | |
| 150. -Bear Hollow Lender LLC | | | | | | | | | |
| 151. -Gunpowder W Corp. | | | | | | | | | |
| 152. -Joppa East Limited Partnership | | | | | | | | | |
| 153. -Mayfield W, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -MHW, LLC | | | | | Buy (add'l) | 4/21/11 | K | | See note |
| 155. -Exploration Capital 2005 | | | | | | | | | |
| 156. -Madison LLC | | | | | | | | | |
| 157. -Wolf Realty Corp. | | | | | | | | | |
| 158. -Intentionally Blank | | | | | | | | | |
| 159. -Tenn Valley Authority Bond | | | | | | | | | |
| 160. -VSECU Bank Account | | | | | | | | | |
| 161. -Merck | | | | | Buy | 2/3/11 | K | | |
| 162. Brokerage Account 15 | | | | | | | | | |
| 163. -Matthews Pacific Tiger Fund | | | | | Buy | 1/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 12-14 Name Changes

Lines 63, 120, 144 (Trusts #s 3, 4 & 5) The valuation of this trust is listed as estimated because some of the assets of the trust are partial interests in illiquid limited partnerships. The value code was based upon the Cash Market value of the bank accounts and publicly traded assets combined with the trustee's estimate of the value of the partnership interests.

Line 127 (Trust #3) Gabelli Global Deal - the sale listed on the 2009 report of this entity was only a partial sale not a complete disposition of the asset and now the fund has changed its name

Line 154 The Seller of the interest is a relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544